ACCEPTED
03-14-00717-CV
4103451
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 10:18:13 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00717-CV

IN THE COURT OF APPEALS FOR THE
THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 10:18:13 AM
JEFFREY D. KYLE
Clerk

VIVEK GOSWAMI, M.D. AND AUSTIN HEART, PLLC

*Appellants*

v.

NANCY JO RODRIGUEZ

*Appellee*

ON APPEAL FROM THE 419TH JUDICIAL DISTRICT COURT
TRAVIS COUNTY, TEXAS

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' REPLY BRIEF**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5 and 38.6, Appellants

Vivek Goswami, M.D. and Austin Heart, PLLC ("Appellants") file this Unopposed

Motion for Extension of Time to File Appellants' Reply Brief, and in support

thereof, Appellants would respectfully show the Court the following:

## I.

The deadline for Appellants to file their Reply to Appellee's Brief is February 16, 2015. Appellants request a fourteen (14) day extension to file their Reply Brief, which would extend the deadline to March 2, 2015. This is Appellants' first request for an extension in this appeal.

## II.

A reasonable explanation for an extension exists. Due to time restraints associated with counsel for Appellants' heavy schedule of litigation and appeals, Appellants require more time to prepare a reply brief that will be helpful to the Court in considering this matter. Specifically, Appellants' counsel has a deadline to file a petition for review with the Supreme Court on February 20, 2015 in *Hansen v. Jackson* currently before the Thirteenth Court of Appeals, and a hearing on dispositive motions set for February 13, 2015 in Harris County, Texas in the *Carrion v. Spring Branch Medical Center, et al.*, No. 2014-46824, matter. This extension of time is not sought for delay and no party will be prejudiced if it is granted.

## III.

The undersigned counsel has conferred with opposing counsel who indicated he is unopposed to the requested extension.

For these reasons, Appellants respectfully request that the Court grant this Unopposed Motion for Extension of Time to File Appellants' Reply Brief and enter an order extending Appellants' deadline to file their Reply Brief to March 2, 2015.

Respectfully submitted,

**SERPE, JONES, ANDREWS, CALLENDER & BELL, PLLC**

By: */s/ Chris Knudsen*
  Chris Knudsen
  Texas Bar No. 24041268
America Tower
2929 Allen Parkway, Suite 1600
Houston, Texas 77019
Telephone: (713) 452-4400
Facsimile:  (713) 452-4499
Email: cknudsen@serpejones.com

**Attorneys for Appellants Vivek Goswami, M.D. and Austin Heart, PLLC**

### Certificate of Conference

I hereby certify that, on February 11, 2015, I conferred with counsel for Appellee regarding this Motion to Extend, and he is unopposed to the motion.

*/s/ Chris Knudsen*
Chris Knudsen

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record in accordance with the Texas Rules of Appellate Procedure on this the 11th day of January, 2015.

L. Todd Kelly
THE CARLSON LAW FIRM, P.C.
11606 N IH-35
Austin, Texas 78753
*Counsel for Plaintiff/Appellee*

*/s/ Chris Knudsen*
Chris Knudsen

563196v1